1   David M. Lilienstein, Esq. SBN 218923
    Alice J. Wolfson, Esq. SBN 146359
2   **DL LAW GROUP**
3   345 Franklin St.
    San Francisco, CA 94102
4   Tel: (415) 678-5050
    Fax: (415) 358-8484
5   david@dllawgroup.com, alice@dllawgroup.com

6   Attorneys for Plaintiff VERONICA HILL

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

12  VERONICA HILL,                            ) Case No.:  C-13-00276 EDL
                                              )
13              Plaintiff,                    ) **STIPULATION AND [PROPOSED]** AMENDED
                                              ) **ORDER TO CONTINUE INITIAL CASE**
14          v.                                ) **MANAGEMENT CONFERENCE**
                                              ) **SCHEDULED FOR APRIL 16, 2013, TO**
15  THE LINCOLN NATIONAL LIFE                 ) **APRIL 30, 2013** MAY 7, 2013
    INSURANCE COMPANY, JEFFERSON              )
16  PILOT FINANCIAL INSURANCE                 )
    COMPANY, and                             ) Date:  April 16, 2013
17  DOES 1 – 20, INCLUSIVE                   ) Time:  3:00 p.m.
                                              ) Hon. Elizabeth D. Laporte
18              Defendants.                   )
                                              )
19

20

21       Plaintiff VERONICA HILL and Defendants THE LINCOLN NATIONAL LIFE

22  INSURANCE COMPANY, et al., by and through their attorneys hereby STIPULATE and

23  respectfully request that the Court continue the Initial Case Management Conference, currently

24  set for April 16, 2013, at 3:00 p.m. to April 30, 2013, at 10:00 a.m.

25       Plaintiff's counsel will be out of state on the date currently scheduled for the Case

26  Management Conference.  Plaintiff's counsel is a solo practitioner, and it would be improper for

27  him to have counsel who would not be trying this action to appear at the Case Management

28  Conference.

                                        1

1     **IT IS SO STIPULATED**

2  March 5, 2013

3                                                    DL LAW GROUP

4

5

6                                           By:_____/s/_____
                                                 David M. Lilienstein
7                                                Attorneys for Plaintiff, VERONICA HILL

8
   March 5, 2013
9                                                    SNR DENTON

10

11
                                            By:_____/s/_____
12                                               Douglas A. Scullion
                                                 Attorneys for Defendants, LINCOLN
13                                               NATIONAL LIFE INSURANCE COMPANY;
                                                 JEFFERSON PILOT FINANCIAL
14                                               INSURANCE COMPANY

15

16

17        FOR GOOD CAUSE SHOWING, IT IS HEREBY ORDERED, pursuant to the parties'

18 stipulation, that the Initial Case Management Conference currently scheduled for April 16, 2013

19 at 3:00 p.m. shall be continued to ~~April 30,~~ May 7 2013, at 10:00 a.m.  All deadlines associated with the

20 current CMC date are hereby continued, including the ADR phone conference and Early

21 Settlement Conference.

22     **IT IS SO ORDERED.**

23

24 Dated: March 6, 2013

25

26 _____
                                                 ELIZABETH D. LAPORTE
27                                               CHIEF MAGISTRATE JUDGE

28

2
C-13-00276 EDL
STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE